UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Civil Action No. 3:21-CV-56-GFVT

**UNITED STATES OF AMERICA**,
*ex rel.* **KATHARINE COALE, PMHNP,**                                              Plaintiff,

v.

**EDGEWATER RECOVERY CENTER, LLC,** *et al.*                              Defendants.

### STIPULATION OF AGREED JUDGMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America (the "United States"), Katharine Coale ("Relator"), and AccuLab, LLC ("AccuLab"), that the parties negotiated a settlement in this action that took effect on January 12, 2024; and that

As part of that negotiated settlement, AccuLab, pursuant to Federal Rule of Civil Procedure 41 and 54 and through their undersigned counsel, hereby consents to the entry of judgment against it and in favor of the United States, in the amount of $4,925,441.42, with respect to allegations that AccuLab violated the False Claims Act, 31 U.S.C. § 3729(a)(1)(A), by knowingly presenting false claims for payment to the Government for urine drug testing with dates of service from July 1, 2019 to March 31, 2023.

A proposed Agreed Judgment is submitted herewith.

Respectfully submitted,

**ON BEHALF OF The United States of America**

CARLTON S. SHIER, IV
United States Attorney

By:    /s/ Benjamin Long
Benjamin Long
Katherine Sheridan
Assistant United States Attorneys
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
859-685-4834
859-233-2747 (fax)
Benjamin.Long@usdoj.gov
Katherine.Sheridan@usdoj.gov

*Counsel for the United States of America*

**ON BEHALF OF Katharine Coale**

/s/Brandon W. Marshall (w/ permission)
Brandon W. Marshall
Nash Marshall, PLLC
129 West Short Street
Lexington, Kentucky 40507
859-254-3232
859-225-4746 (fax)
bwmarshall@nashmarshall.com

*Counsel for Katharine Coale*

**ON BEHALF OF AccuLab, LLC**

/s/ Lindsay K. Gerdes  (w/ permission)
Lindsay K. Gerdes
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900

                Cincinnati, Ohio 45202
                513-832-5473
                513-977-8141 (fax)
                lindsay.gerdes@dinsmore.com

                *Counsel for AccuLab, LLC*

DATED: January 19, 2024