UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KATHARINE COALE, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil No. 3:21-cv-00056-GFVT |
| v. | ) ) | **ORDER** |
| EDGEWATER RECOVERY CENTER, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation of Agreed Judgment. [R. 23.] The United States, the Relator, and Defendant Acculab, LLC have reached a settlement. *Id. See* Fed. R. Civ. P. 41(a). As a part of that settlement, the parties agree that judgment should be entered against Acculab and in favor of the United States in the amount of $4,925,441.42 with respect to Count One of the Relator's Complaint.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Stipulation of Agreed Judgment **[R. 23]** is **GRANTED**; and

2. The Court will enter a **Judgment** in favor of the United States as to Count one of Relator's Complaint as asserted against Defendant Acculab, LLC.

This the 24th of January, 2024.

Gregory F. Van Tatenhove
United States District Judge