UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KATHARINE COALE, | ) ) ) |
| Plaintiff, | ) Civil No. 3:21-cv-00056-GFVT ) ) |
| v. | ) **JUDGMENT** ) ) |
| EDGEWATER RECOVERY CENTER, LLC, *et al.*, | ) ) ) ) |
| Defendants. | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order entered this date, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. As to Count one of the Relator's Complaint, **JUDGMENT** is **ENTERED** in favor of the United States and against Defendant Acculab, LLC in the amount of $4,925,441.42;

2. Counts Two, Three, and Four of Relator's Complaint as asserted against Acculab, LLC are **DISMISSED with prejudice** as to the Relator;

3. Counts Two, Three, and Four of Relator's Complaint as asserted against Acculab, LLC are **DISMISSED without prejudice** as to the United States;

4. All claims against this Defendant having been resolved, Acculab, LLC is **DISMISSED** as a Defendant in this action;

5. All claims against the additional Defendants remain unaffected by this Order.

This the 24th day of January, 2024.

Gregory F. Van Tatenhove
United States District Judge